# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OWENS, | ) | NO. CV 16-7755-JFW (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| A. MATTHEWS, | ) | |
| **Defendant.** | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report") and Plaintiff's Objection to Motion to Dismiss Complaint ("Objections") construed as objections to the Report Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the order granting Plaintiff's Request for Leave to Proceed without Prepayment of Filing Fee (Dkt. No. 4) be VACATED; (2) the Orders Directing Service (Dkt. Nos. 5, 6, 8) be VACATED; and (3)

1  Plaintiff's lawsuit be DISMISSED without prejudice as to all defendants and all claims
2  unless, within thirty days of this Order, Plaintiff pays the full required filing fee of $400.00.

DATED: February 13, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE