**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD OWENS, | ) | NO. CV 16-7755-JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| A. MATTHEWS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge dated February 13, 2017,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   March 22, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE